William A. Broscious (Va. Bar No. 27436)
2211 Pump Road
Richmond, Virginia 23233
(804) 741-0400 x202

    Trustee

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **NATASHA QUADELLA DEYO,** | ) | **Case No. 20-33368-KLP** |
| | ) | |
|     **Debtor.** | ) | |

### ORDER EXTENDING TIME TO OBJECT TO THE GRANTING
### OF THE DEBTOR'S DISCHARGE AND TO EXTEND TIME TO
### <u>FILE A COMPLAINT OBJECTING TO DISCHARGE</u>

    This matter came before the Court upon the Trustee's Motion to Extend Time to Object to the Granting of the Debtor's Discharge and to Extend Time to File a Complaint Objecting to Discharge (the "**Motion**") filed by William A. Broscious, Trustee. The Court has reviewed the Motion, and is fully advised in the premises and has determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein.  No objections to the Motion have been received.  The Court therefore finds that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 § 157(b)(2); (iii) Notice of the Motion (and service of the proposed order) was sufficient under the circumstances; and (iv) the Motion is in full compliance with all applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules of this Court.

**IT IS HEREBY ORDERED THAT:**

    1.    The Motion is hereby **GRANTED**;

    2.    Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

3. The time to object to the granting of the discharge and the time to file a complaint objecting to the Debtor's discharge is extended to and including January 13, 2021.

4. Upon entry the Clerk shall serve copies of this Order on all parties listed on the Service List attached hereto.

ENTERED: Nov 3 2020

/s/ Keith L Phillips
_____
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: Nov 3 2020

I ask for this:

/s/ *William A. Broscious*
William A. Broscious, Esquire (VSB #27436)
2211 Pump Road
Richmond, VA 23233
(804) 741-0400 x202

*Trustee*

## 9022-1 CERTIFICATION

I hereby certify that the foregoing has been served on or endorsed by all necessary parties.

/s/ *William A. Broscious*

Trustee

**SERVICE LIST:**

William A. Broscious, Trustee
2211 Pump Road
Richmond, Virginia 23233

Kathryn R. Montgomery, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219

Natasha Quadella Deyo
1705 Flourshire Drive
Brandon, Virginia 33511

James E. Kane, Esquire
Kane & Papa, PC
1313 East Cary Street
P.O. Box 508
Richmond, Virginia 23218-0508